PTH:EWS
F. #2021R01086

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | 1:22-cr-00101(LDH)(MMH)<br>Cr. No. _____ |
| DAVE GERMAIN, | (T. 18, U.S.C., §§ 924(d)(1),<br>981(a)(1)(C), 1951(a) and 3551 et seq.;<br>T. 21, U.S.C., § 853(p); T. 28, U.S.C., |
| Defendant. | § 2461(c)) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

## COUNT ONE
(Hobbs Act Robbery)

1. On or about September 9, 2021, within the Eastern District of New York and elsewhere, the defendant DAVE GERMAIN, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of United States currency, a cellular telephone and a scooter from a store located at 438 Nostrand Avenue in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Hobbs Act Robbery)

2. On or about September 9, 2021, within the Eastern District of New York and elsewhere, the defendant DAVE GERMAIN, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in

commerce, by robbery, to wit: the robbery of United States currency from a pharmacy located at 296 Flatbush Avenue in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT THREE
(Attempted Hobbs Act Robbery)

3. On or about September 9, 2021, within the Eastern District of New York and elsewhere, the defendant DAVE GERMAIN, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the attempted robbery of United States currency from a restaurant located at 624 Conduit Boulevard in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FOUR
(Hobbs Act Robbery)

4. On or about September 9, 2021 within the Eastern District of New York and elsewhere, the defendant DAVE GERMAIN, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of United States currency from a pharmacy located at 2925 Kings Highway in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FIVE
(Attempted Hobbs Act Robbery)

5. On or about September 12, 2021, within the Eastern District of New York and elsewhere, the defendant DAVE GERMAIN, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and

commodities in commerce, by robbery, to wit: the attempted robbery of a scooter from a deliveryman located at 45 Hoyt Street in Brooklyn, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

6. The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____*Stella Alude*_____
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. # 2021R01086
FORM DBD-34
JUN. 85

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

DAVE GERMAIN

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 924(d)(1), 981(a)(1)(C), 1951(a) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ *Stella Alcide* _____

Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____

Clerk

Bail, $ _____

Eric Silverberg
*Assistant U.S. Attorney (718) 254-6365*